UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN QUIJADA.,

Petitioner,

-against-

MARKWAYNE MULLIN AND OFFICER MONTGOMERY.,

Respondents.

26 CIVIL 04635 (KPF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memo Endorsement dated July 10, 2026, after reviewing all the materials in this case, the Court GRANTS the petition, and the case is closed.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**